IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY HART,

                      Plaintiff,                                    ORDER

        v.                                                  11-cv-370-bbc

CAPTAIN D. MORGAN, BRIAN FRANSON
and GREG GRAMS,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Gregory Hart, a prisoner at the Columbia Correctional Institution in Portage, Wisconsin, originally filed this proposed complaint in the United States District Court for Eastern District of Wisconsin; case no. 2:11-cv-00458. On May 24, 2011, that court entered an order transferring this case to the Western District of Wisconsin. Now before the court is plaintiff's motion for leave to proceed in forma pauperis. Because plaintiff is a prisoner, he is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether he can proceed with his complaint in forma pauperis, plaintiff will have to make an initial partial payment of the filing fee. From the trust fund account statement

1

plaintiff has submitted, I calculate his initial partial payment to be $2.41. Also, he must pay the remainder of the fee in monthly installments even if his request for leave to proceed is denied. If plaintiff does not have the money to make the initial partial payment in his regular account, he will have to arrange with the prison to pay some or all of the assessment from his release account. This does not mean that plaintiff is free to ask the institution authorities to pay *all* of his filing fee from his release account. The only amount plaintiff must pay at this time is the $2.41 initial partial payment. Before the institution officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the full amount plaintiff owes. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff Gregory Hart is assessed $2.41 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $2.41 on or before June 17, 2011. If, by June 17, 2011, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of

2

court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 26th day of May, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

3