IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY HART,

    Plaintiff,

v.

CAPTAIN D. MORGAN, BRIAN FRANSON
and GREG GRAMS,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-370-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_____       7/11/11
Peter Oppeneer, Clerk of Court      Date